IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AMANDA NORTHROP,

Plaintiff,

v.

ABOVE AND BEYOND KITCHENS
AND BATH, LLC *et al.*,

Defendants.

Case No. 16-cv-1185 JPG/DGW

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: November 28, 2017**      JUSTINE FLANAGAN, Acting Clerk of Court

*s/Tina Gray*
**Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**